No. 222. Victor Talking Machine Company *v.* Brunswick-Balke-Collender Company and John

BAILEY BROWNING. Certiorari to the Circuit Court of Appeals for the Third Circuit. Argued March 14, 1927. Decided March 21, 1927. *Per Curiam.* Affirmed on the authority (1) of *Morgan v. Daniels,* 153 U. S. 120, and (2) of *United States v. State Investment Co.,* 264 U. S. 206, 211; *Brewer Oil Co. v. United States,* 260 U. S. 77, 86; *Bodkin v. Edwards,* 255 U. S. 221, 233; *National Bank of Athens v. Shackleford,* 239 U. S. 81, 82; *Wright-Blodgett Co. v. United States,* 236 U. S. 297, 402; *Washington Securities Co. v. United States,* 234 U. S. 76, 78; *Texas and Pacific Co. v. Louisiana Railroad Commission,* 232 U. S. 338, 339; *Chicago Junction Railway Co. v. King,* 222 U. S. 222, 224; *Page v. Rogers,* 211 U. S. 575, 577; *Dun v. Lumbermen's Credit Assn.,* 209 U. S. 20, 24; and *Charleston Mining Co. v. United States,* 273 U. S. 320. *Messrs. Charles E. Hughes* and *William H. Kenyon,* with whom *Messrs. Frederick Bachmann, William C. Mason,* and *George W. Schurman* were on the brief, for petitioner. *Mr. Melville Church,* with whom *Mr. George W. Case, Jr.,* was on the brief, for respondents.